# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
708 Third Avenue – 6th Floor
New York, New York 10017

Telephone (212) 209-3933
Facsimile (212) 209-7102
Email: info@jcpclaw.com

August 13, 2018

**BY ECF**

Hon. Analisa Torres, U.S.D.J
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        *Re:*    *Santos, et al. v. Perfecto Pizzeria Corp., et al.*
               *Case No. 17-CV-6232 (AT) (KNF)*

Dear Judge Torres,

    We are counsel to the plaintiffs in the above-referenced matter. Please accept this letter as the parties' renewed motion for Court approval of the revised settlement agreement ("Revised Agreement") reached by the parties. The Revised Agreement is being submitted simultaneously with this correspondence.

    Per the Court's July 24, 2018 Order (the "Order"), the parties' original request for approval was denied (with leave to renew) because of two (2) specific clauses with the original settlement agreement. The first relates to the "Mutual Non-Disparage Clause." In accordance with the Court's Order, the parties have revised this clause to include an express carve-out that permits the plaintiffs to speak truthfully about their employment with the defendants as well as this litigation. (*See* para. F(1)).

    The second clause was titled "Response to Subpoena." The parties have agreed to remove this provision entirely.

    We thank the Court for its continued attention to this matter.

                                        Respectfully submitted,

                                        Justin Cilenti

Hon. Analisa Torres, U.S.D.J.
August 13, 2018
Page 2

cc: Michael K. Chong, Esq. (by ECF)