# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
708 Third Avenue – 6th Floor
New York, New York 10017

Telephone (212) 209-3933
Facsimile (212) 209-7102
Email: info@jcpclaw.com

November 2, 2018

**BY ECF**

Hon. Analisa Torres, U.S.D.J
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: *Santos, et al. v. Perfecto Pizzeria Corp., et al.*
       *Case No. 17-CV-6232 (AT) (KNF)*

Dear Judge Torres,

  We are counsel to the plaintiffs in the above-referenced matter. Please accept this letter as the parties' renewed motion for Court approval of the second revised settlement agreement ("SRA") reached by the parties. The SRA is being submitted simultaneously with this correspondence.

  Per the Court's October 17, 2018 Order, the parties' request for approval was denied (with leave to renew) because the settlement did not specify the total amount that each named plaintiff would recover under the agreement. As set forth in paragraph A(3) of the SRA, plaintiff Miguel Santos will receive 81.8% of the settlement amount, with plaintiff Elias Salvador Quino receiving the remaining 18.2%. Assuming the Court grants plaintiffs' counsel's request for $10,429 in fees and costs, Mr. Santos will receive $16,009.08, and Mr. Quino will receive $3,561.92.

  We thank the Court for its continued attention to this matter.

            Respectfully submitted,

            Justin Cilenti

cc: Michael K. Chong, Esq. (by ECF)